THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT TOCCI, Appellant.

Submitted September 15, 3008; decided October 16, 2008

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BILLY WITHERSPOON, Appellant.

Submitted October 6, 2008; decided October 16, 2008

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

THE RGH LIQUIDATING TRUST, on Behalf of RELIANCE GROUP HOLDINGS, INC., and Another, Appellant, v DELOITTE & TOUCHE LLP et al., Respondents.

Submitted August 4, 2008; decided October 16, 2008

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.